# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ELIZABETH A. INGALLS |
| **Case Number:** | 18-70065-BHL-7   **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, MAY 16, 2018 01:30 PM   EV 359 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

Hearing on U.S. Trustee's Motion to Dismiss Case or, in the Alternative, Convert Case to Chapter 13. [18]

**R / M #:**   0 / 0

**VACATED:**   Continued by agreement of the parties. Hearing reset to 07/18/2018 at 1:30 PM.

### Appearances:

NONE

### Proceedings:

VACATED: Continued by agreement of the parties. Hearing reset to 07/18/2018 at 1:30 PM.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**