# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-70065-AKM-7A |
| ELIZABETH A. INGALLS | CHAPTER 7 |
| Debtor(s) | JUDGE ANDREA K. MCCORD |

**RESPONSE TO MOTION TO SELL, doc.63**
**1145 BROOKSHIRE DRIV, EVANSVILLE, IN 47715**

Comes now, Specialized Loan Servicing LLC, ("Creditor"), by and through its undersigned attorney of record and hereby responds to the Debtor's Motion to Sell, doc. 63.

Creditor hereby states that they are in agreement with the sale of the property pursuant to the terms of the short sale agreement attached to the Trustee's motion.

WHEREFORE, Creditor requests that the sale be approved and their mortgage paid in full.

Respectfully Submitted,

/s/ Martha R. Spaner

Martha R. Spaner
Attorney for Creditor
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: inbk@rslegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this July 19, 2019, by regular U.S. Mail, postage prepaid, or by electronic e-file upon the following:

**Electronically Via ECF Mail:**

Yvette M LaPlante, Debtor's Counsel
ylaplante@laplantellp.com

Stacy M. Wissel, Bankruptcy Trustee
tr_wissel_ecf@sbcglobal.net

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Martha R. Spaner
martha.spaner@rslegal.com

**Regular US Mail**:

Elizabeth A. Ingalls, Debtor
5388 W. Esche Dr.
Newburgh, IN 47630

/s/ Martha R. Spaner

Martha R. Spaner