SO ORDERED: July 23, 2019.



**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Elizabeth Ingalls ) | Case # 18-70065-AKM-7 |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m),**

Stacy Wissel (the "Trustee"), having filed her motion ("Motion") for entry of an order for authority to sell certain real property free and clear of all liens, encumbrances, and interests, and notice having issued, and the Court having reviewed motion and it's attachments, and the response in agreement filed by Specialized Loan Servicing, and being duly advised, the Court

GRANTS the motion; and

AUTHORIZES the sale of real property located at 1145 BROOKSHIRE DR EVANSVILLE, IN 47715 (the "Property") and legally described as follows:

1

The following-described real estate lying and being situated in Vanderburgh County, Indiana ("Real Estate"), to-wit:

Lot One (1) in Brookshire Estates, an Addition to the City of Evansville, as per plat thereof, recorded in Plat Book L, page 42 In the office of the Recorder of Vanderburgh County, Indiana.

To be sold to Sheeram, LLC for $143,000.00 ; and

ORDERS that the proceeds of the sale be distributed as follows: a carve-out for the Bankruptcy Estate of $7500.00, fees of $5720.00 and $2860.00 to agents (pursuant to separate order of this Court) , and costs of closing (including a water lien and county taxes) in the amount of $11,409.90 ; and

GRANTS other relief as necessary to complete the sale .

###